IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01280-BNB

TINA M. BLACK,

Plaintiff,

v.

ADAMS COUNTY DEPUTY SHERIFF NAYLOR,
ADAMS COUNTY DEPUTY SHERIFF JACOBUCCI,
ADAMS COUNTY DEPUTY SHERIFF KEMERLING,
ADAMS COUNTY DEPUTY SHERIFF COLEMAN,
ADAMS COUNTY DEPUTY SHERIFF SGT. MAPLE, and
ADAMS COUNTY DEPUTY SHERIFF LT. COATS,

Defendants.

## ORDER OF DISMISSAL

Plaintiff Tina M. Black, an inmate at the Adams County Detention Facility in Brighton, Colorado, initiated this action by filing *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Motion to Retain Evidence, a Motion to Appoint Counsel, and a Complaint. In an order filed on June 3, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. Black to cure certain deficiencies if she wished to pursue her claims. Magistrate Judge Boland specifically ordered Ms. Black to file on the proper forms a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. Ms. Black also was ordered to submit a certified copy of her inmate trust fund account statement in support of the 28 U.S.C. § 1915 motion and to provide an address for each named Defendant. Ms. Black was warned that the complaint and the

action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

Ms. Black has failed to cure the deficiencies within the time allowed and she has failed to respond in any way to Magistrate Judge Boland's June 3 order. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, the Motion to Retain Evidence, and the Motion to Appoint Counsel are denied as moot.

DATED at Denver, Colorado, this __9th__ day of __July__, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01280-BNB

Tina M. Black
675 Buckley Way
Aurora, CO 80011

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/9/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk