IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01280-BNB

TINA M. BLACK,

    Plaintiff,

v.

ADAMS COUNTY DEPUTY SHERIFF NAYLOR,
ADAMS COUNTY DEPUTY SHERIFF JACOBUCCI,
ADAMS COUNTY DEPUTY SHERIFF KEMERLING,
ADAMS COUNTY DEPUTY SHERIFF COLEMAN,
ADAMS COUNTY DEPUTY SHERIFF SGT. MAPLE, and
ADAMS COUNTY DEPUTY SHERIFF LT. COATS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2010

GREGORY C. LANGHAM
CLERK

## ORDER VACATING ORDER OF DISMISSAL AND JUDGMENT

Plaintiff, Tina M. Black, has filed *pro se* on July 14, 2010, a "Motion to Appeal the Decision of the District Court/Objections" in which she asks the Court to reconsider the Court's Order of Dismissal and the Judgment entered in this action on July 9, 2010. For the reasons stated below, the motion to reconsider will be granted.

The Court dismissed this action without prejudice for failure to cure the deficiencies. More specifically, the Court determined that Ms. Black had failed to file on the proper forms a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and that she had failed to provide a certified copy of her inmate trust fund account statement. The Court's order dismissing this action also states that Ms. Black failed even to respond to the order directing her to cure the deficiencies in this action. However, the Court's docketing records reflect that

Ms. Black filed documents that cured the deficiencies on July 6, 2010, although the documents were not entered on the docket until July 8, 2010. Therefore, the motion to reconsider will be granted. The Order of Dismissal and the Judgment will be vacated and the clerk of the Court will be directed to reopen this action. Accordingly, it is

ORDERED that the "Motion to Appeal the Decision of the District Court/Objections" filed on July 14, 2010, is granted. It is

FURTHER ORDERED that the Order of Dismissal and the Judgment filed in this action on July 9, 2010, are vacated. It is

FURTHER ORDERED that the clerk of the Court reopen this action and reassign the action to the pro se docket.

DATED at Denver, Colorado, this __22nd__ day of __July__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01280-BNB

Tina M. Black
675 Buckley Way
Aurora, CO 80011

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/23/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk