IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01280-BNB

TINA M. BLACK,

    Plaintiff,

v.

ADAMS COUNTY DEPUTY SHERIFF NAYLOR,
ADAMS COUNTY DEPUTY SHERIFF JACOBUCCI,
ADAMS COUNTY DEPUTY SHERIFF KEMERLING,
ADAMS COUNTY DEPUTY SHERIFF COLEMAN,
ADAMS COUNTY DEPUTY SHERIFF SGT. MAPLE, and
ADAMS COUNTY DEPUTY SHERIFF LT. COATS,

    Defendants.

## ORDER

Plaintiff, Tina M. Black, was an inmate at the Adams County Detention Facility when she initiated this action in May 2010. On July 6, 2010, Plaintiff submitted to the court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Prisoner Complaint, and a notice of change of address that appears to indicate she has been released from custody. Because it is not clear whether Ms. Black still is incarcerated, the court is unable to determine whether she should be allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and, if so, whether she must be required to pay the filing fee in installments. See 28 U.S.C. § 1915(b)(1) (providing that a prisoner allowed to proceed *in forma pauperis* "shall be required to pay the full amount of a filing fee.") Therefore, Ms. Black is directed to advise the court whether she still is incarcerated. If she still is incarcerated, the court will consider the *in forma*

*pauperis* motion filed on July 6, 2010. If Ms. Black has been released from custody, she must file a new motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on the proper nonprisoner form. Accordingly, it is

ORDERED that Plaintiff advise the court within thirty days from the date of this order whether she still is incarcerated or if she has been released from custody. It is

FURTHER ORDERED that if Plaintiff has been released from custody, she shall submit a new motion seeking leave to proceed *in forma pauperis* on the proper nonprisoner form. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Plaintiff fails to comply with the instant order within the time allowed, the action will be dismissed without further notice.

DATED August 3, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01280-BNB

Tina M. Black
675 Buckley Way
Aurora, CO 80011

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 8/3/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk