IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01280-BNB

TINA M. BLACK,

Plaintiff,

v.

ADAMS COUNTY DEPUTY SHERIFF NAYLOR,
ADAMS COUNTY DEPUTY SHERIFF JACOBUCCI,
ADAMS COUNTY DEPUTY SHERIFF KEMERLING,
ADAMS COUNTY DEPUTY SHERIFF COLEMAN,
ADAMS COUNTY DEPUTY SHERIFF SGT. MAPLE, and
ADAMS COUNTY DEPUTY SHERIFF LT. COATS,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff, Tina M. Black, was an inmate at the Adams County Detention Facility in Brighton, Colorado, when she initiated this action. Ms. Black currently is a resident at a community corrections facility. On August 20, 2010, Magistrate Judge Boyd N. Boland entered an order granting Ms. Black leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Ms. Black either to pay an initial partial filing fee of $20.00 or to show cause why she has no assets and no means by which to pay the initial partial filing fee. In order to show cause, Ms. Black was directed to file a current certified copy of her inmate trust fund account statement. Ms. Black was warned that the complaint and the action would be dismissed without further notice if she failed either to pay the initial partial filing fee or to show cause as directed within thirty days.

On August 30, 2010, Ms. Black filed a letter to the Court in which she states "I'm giving the court my Med 9 to prove that I can not work due to being disable [sic]. I can

not make the $20.00 a month payment to fill [sic] the case." (Doc. #16 at p.1.) Attached to the letter filed on August 30 is a completed copy of a Colorado Department of Human Services form that "is used by the State and County Departments of Human Services in determining medical eligibility for the State Aid to the Needy Disabled (AND) program." (*Id.* at p.2.) The completed form indicates Ms. Black was examined on July 8, 2010; diagnosed with "Asthma, OSA, Depression/PTSD"; and certified to have a disability that prevents working at any job for a total period of six or more months. (*Id.* at pp.2-3.)

Ms. Black has failed within the time allowed either to pay the initial partial filing fee or to show cause as directed why she is unable to pay the initial partial filing fee. Although Ms. Black alleges that she is disabled and cannot work, she has not submitted a current certified copy of her inmate trust fund account statement as directed to demonstrate that she is unable to pay the designated initial partial filing fee. Therefore, the instant action will be dismissed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed within the time allowed either to pay the initial partial filing fee or to show cause as directed why she is unable to pay the initial partial filing fee.

DATED at Denver, Colorado, this __28th__ day of __September__, 2010.

BY THE COURT:

_Christine M. Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01280-BNB

Tina M. Black
675 Buckley Way
Aurora, CO 80011

    I hereby certify that I have mailed a **ORDER AND JUDGMENT** to the above-named individuals on 9/29/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk