IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01280-ZLW

TINA M. BLACK,

        Plaintiff,

v.

ADAMS COUNTY DEPUTY SHERIFF NAYLOR,
ADAMS COUNTY DEPUTY SHERIFF JACOBUCCI,
ADAMS COUNTY DEPUTY SHERIFF KEMERLING,
ADAMS COUNTY DEPUTY SHERIFF COLEMAN,
ADAMS COUNTY DEPUTY SHERIFF SGT. MAPLE, and
ADAMS COUNTY DEPUTY SHERIFF LT. COATS,

        Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal on November 2, 2010. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if she wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X   is not submitted
      ___ is not on proper form (must use the court's current form)
      ___ is missing original signature by plaintiff/petitioner on motion
      ___ is missing affidavit
      ___ affidavit is incomplete
      ___ is missing original signature by plaintiff/petitioner on affidavit
      ___ affidavit is not notarized or is not properly notarized
      ___ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   4th   day of November, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*

SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO